IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 1:22mj119 |
| JOSE COVARRUBIAS-GONZALEZ,<br>    Defendant. | ) |

NOTICE OF ATTORNEY APPEARANCE

Please note the appearance of undersigned as retained counsel for Defendant Jose Covarrubias-Gonzalez in substitution of appointed counsel Larry C. Brown, Jr.

Respectfully Submitted,

JOSE COVARRUBIAS-GONZALEZ
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 549-2988
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on July 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1